UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | CR 405-263 |
| | ) | |
| JOSEPH HAGAN JAMES, | ) | |
| Defendant. | ) | |

### ORDER DIRECTING U.S. PROBATION OFFICE TO FURNISH COPIES OF JAMES'S PRESENTENCE INVESTIGATION REPORT AND ADDENDA TO UNITED STATES MAGISTRATE JUDGE

Currently before the Court is the government's motion for the U.S. Probation Office to furnish copies of James's presentence investigation report and addenda to the assigned Magistrate Judge in the case of James v. Warden, FCC Coleman-Low, Case No. 5:15cv523 (M.D. Fla.). After consideration of all applicable facts and circumstances,

IT IS HEREBY ORDERED that the government's motion is granted.

This 15th day of June 2016.

_____
UNITED STATES DISTRICT JUDGE